United States District Court
Southern District of Texas
**ENTERED**
January 02, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA

v.  Cr. No. H-18-199-05

LEATRICE MALIKA DE BRUHL-DANIELS

### ORDER

Having considered the Unopposed Motion to Waive Appearance at Arraignment filed by Defendant Leatrice DeBruhl-Daniels, the Court finds that the interests of justice are served by accepting the waiver.

Therefore, the Court accepts the Waiver of Appearance. It is ORDERED that Leatrice DeBruhl-Daniels is not required to appear at the arraignment scheduled for January 3, 2019.

SIGNED at Houston, Texas, on Jan 2, 2019.

UNITED STATES DISTRICT JUDGE

4