# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | Cr. No. H-18-199-05 |
| **LEATRICE DE BRUHL-DANIELS** | |

## MOTION TO WITHDRAW AS COUNSEL

Assistant Federal Public Defender Joshua B. Lake moves to withdraw as counsel of record in this case, because he will be leaving the Federal Public Defender's Office at the end of January. This request follows notice that Supervisory Assistant Federal Public Defender Philip Gallagher is appearing as counsel for Defendant Leatrice De Bruhl. *See* Notice of Appearance (January 20, 2022).

Counsel will mail a copy of this motion to Ms. De Bruhl and email copies to both prosecuting attorneys. Counsel has already spoken with Ms. De Bruhl about this motion, which she does not oppose.

Because the Federal Public Defender, through Mr. Gallagher, will continue to represent Ms. De Bruhl, this motion will not leave her *pro se*, so this Court's Procedure 5(F) does not apply.

Respectfully submitted,

MARJORIE A. MEYERS
Federal Public Defender
Southern District of Texas No. 3233
Texas State Bar No. 14003750

By /s/ Joshua B. Lake
JOSHUA B. LAKE
Assistant Federal Public Defender
S.D. Tex. No. 2695263
Colorado State Bar No. 45285
440 Louisiana Street, Suite 1350
Houston, TX 77002-1056
   Telephone:   713.718.4600
   Fax:   713.718.4610

## CERTIFICATE OF SERVICE

I certify that on January 20, 2022, a copy of the foregoing will be served upon all parties by Notification of Electronic Filing through CM/ECF. My office will email copies to Assistant United States Attorneys Alamdar Hamdani and Arthur Jones, and my office will mail a physical copy to Defendant Leatrice De Bruhl.

*/s/ Joshua B. Lake*
JOSHUA B. LAKE