United States District Court
Southern District of Texas
**ENTERED**
January 20, 2022
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | Cr. No. H-18-199-05 |
| **LEATRICE MALIKA DE BRUHL-DANIELS** | |

## ORDER

The Court has considered defense counsel's unopposed motion to withdraw as counsel. That motion is **GRANTED.** As a result it is hereby **ORDERED** that Assistant Federal Public Defender Joshua B. Lake is fully withdrawn as counsel for Defendant Leatrice De Bruhl in this case.

Signed at Houston, Texas on this ___20th___ day of January, 2022.

_____
UNITED STATES DISTRICT JUDGE