UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal No. H-18-CR-199-S6-5 |
| | § | |
| LEATRICE MALIKA DEBRUHL-DANIELS | § | |

**GOVERNMENT'S EXHIBIT LIST**

| NO. | DESCRIPTION | OFFER | OBJ | ADMIT | N/ADM |
|---|---|---|---|---|---|
| 1 | Emails between Defendant and SA Bryan Schneider regarding Nadal Diya dated June 2016. | | | | |
| 2 | Email from Defendant to SA Bryan Schneider providing Diya's phone number dated December 7, 2016 | | | | |
| 3 | Email from Defendant to SA Bryan Schneider stating her office has interest in Diya, dated February 23, 2017 | | | | |
| 4 | Emails between SA Seth Schleicher and Defendant regarding red flag status of Diya and family, dated February 21, 2017 | | | | |
| 5 | C8 Dept. of State NIV Applicant Case Nadal Diya November 20, 2018 Redacted | | | | |
| 6 | C16 Dept. of State NIV Applicant Case Nadal Diya November 20, 2018 Redacted | | | | |
| 7 | C22 U.S. Consulate of Dubai VISA Application Refusal Notification | | | | |
| 8 | Document drafted by defendant titled "A few notes about my contact with Nidal Diya while in Dubai, UAE" | | | | |
| 9 | Email from Defendant to Jennifer Whitehurst titled Slight Recollection dated December 18, 2017 | | | | |
| 10 | Emails between Defendant and SA Calvin Bradford regarding upcoming Secure VTC, dated March 7, 2017 | | | | |
| 11 | Emails between SA Calvin Bradford and Defendant regarding interest in Diya dated June 6-10, 2016 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 12 | February to March 2017 SECRET System Emails between SA Calvin Bradford and Defendant | | | | |
| 13 | Emails between Defendant and ALAT Ryan Lewis June 2017 | | | | |
| 14 | Emails between Defendant and R. Todd Foley in late June and early July 2017 | | | | |
| 15 | Departure Briefing Questionnaire, filled and signed by Defendant on April 24, 2018 | | | | |
| 16 | NCIS Memo for the Record ICO: Leatrice De Bruhl, dated May 2, 2018 | | | | |
| 17 | NCIS Memo for the Record ICO: Leatrice De Bruhl , Edited, date May 2, 2018 | | | | |
| 18 | Three documents classified Secret seized from Defendant's hotel room in Hawaii | | | | |
| 19 | Pictures of iPod seized from Defendant's hotel room in Hawaii | | | | |
| 20 | Bracelet Mailing Documents dated May 2, 2018 | | | | |
| 21 | Seized Email Titled: Executive Order on Protecting the Nation from Terrorist Attacks by Foreign Nationals – Guidance to Visa Issuing Posts, dated January 28, 2017 | | | | |
| 22 | Defendant's Personal Note Seized in Hotel Room | | | | |
| 23 | Pandora Bracelet gifted from Nadal Diya to Defendant | | | | |
| 24 | $140 Defendant Mailed to Nadal Diya in May 2018 | | | | |
| 25 | Note Defendant Mailed to Nadal Diya in May 2018 | | | | |
| 26 | May 6, 2018 Video Interview with SA Colyer | | | | |
| 27 | May 6, 2018 Interview Transcripts with SA Colyer | | | | |
| 28 | May 7, 2018 Video Interview with SA Colyer | | | | |
| 29 | May 7, 2018 Interview Transcripts with SA Colyer | | | | |
| 30 | May 14, 2018 Video Interview with SA Colyer | | | | |
| 31 | May 14, 2018 Interview Transcripts with SA Colyer | | | | |
| 32 | WhatsApp messages between Lionel Nazareth and Defendant | | | | |
| 33 | Three voicemail messages from Defendant to Lionel Nazareth | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 34 | Greeting card and note from Defendant to Nadal Diya | | | | |
| 35 | Text messages between Lionel Nazareth and Defendant's son | | | | |
| 36 | Handwritten and Typed Notes Photographically Documented by HSI During Border Search of Debruhl-Daniels on July 13, 2018 | | | | |
| 37 | Black Notebook Photographically Documented by HSI During Border Search of Debruhl-Daniels on July 13, 2018 | | | | |
| 38 | Photos of Defendant and Nadal Diya on a yacht | | | | |
| 39 | Photographs from Defendant's Birthday Party at Nadal Diya's home March 29, 2017 | | | | |
| 40 | Videos from Defendant's Birthday Party at Nadal Diya's home March 29, 2017 | | | | |
| 41 | Video of Defendant on Yacht November 28, 2016 | | | | |
| 42 | Photographs of Defendant at Nancy Carrenza's Birthday party February 3, 2017 | | | | |
| 43 | Photographs of Defendant at Nadal Diya's then Spouse's Birthday party March 2, 2017 | | | | |
| 44 | WhatsApp Messages between Defendant and Nadal Diya | | | | |
| 45 | Dubai Court Document for Defendant's Religious Conversion | | | | |
| 46 | Extraction Report of communications between Defendant's son and Nadal Diya on March 21, 2018 | | | | |
| 47 | Email from Nadal Diya to Defendant referencing businesses and restrictions, dated February 24, 2017 | | | | |
| 48 | Emails from SA Ron Kruger to Nadal Diya setting up interview at U.S. Consulate in Dubai | | | | |
| 49 | Classified Information Non-Disclosure Agreement – Signed by Defendant on March 10, 2010 | | | | |
| 50 | May 5, 2018 Video of Interview with Defendant and SA Maddox | | | | |
| 51 | May 5, 2018 Transcripts of Interview with Defendant and SA Maddox | | | | |
| 52 | May 7, 2018 Video of Interview with Defendant and SA Maddox | | | | |
| 53 | May 7, 2018 Transcripts of Interview with Defendant and SA Maddox | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 54 | May 10, 2018 Video of Interview with Defendant and SA Maddox | | | | |
| 55 | May 10, 2018 Transcripts of Interview with Defendant and SA Maddox | | | | |
| 56 | May 14, 2018 Video of Interview with Defendant and SA Maddox | | | | |
| 57 | May 14, 2018 Notes Defendant provided to SA Maddox | | | | |
| 58 | Text messages from Defendant to SA Maddox in May 2018 | | | | |
| 59 | Extracted Note from Defendant's iPod, warning Diya, dated July 24, 2017 | | | | |
| 60 | Photo of Nadal Diya in a dentist chair, photo of Nadal Diya smoking a cigar | | | | |
| 61 | Photo of Nadal Diya with his face covered with a smiley face | | | | |
| 62 | Total Workforce Management Services Training File for Debruhl-Daniels, dated June 22, 2018 | | | | |
| 63 | Email from Defendant to herself titled, Thoughts to ND dated June 27, 2016 | | | | |
| 64 | Defendant Calendar Appointment - Check on Visa dated October 30, 2016 | | | | |
| 65 | Email from Nancy Carrenza to Defendant detailing Diya's L1 Visa Application, dated May 28, 2016 | | | | |
| 66 | Screenshot image of Non-Immigrant Visa Application from Defendant's Personal Laptop | | | | |
| 67 | Screenshot image of Visa Refusal for Administrative Processing from Defendant's Personal Laptop | | | | |
| 68 | Image of Non-Immigrant Visa Application Status, Administrative Processing from Defendant's Personal Laptop | | | | |
| 69 | Screenshot Image of Visa Message to Nadal Diya from Defendant's Personal Laptop | | | | |
| 70 | Screenshot Image of Email from SA Ron Kruger to Nadal Diya from Defendant's Personal Laptop | | | | |
| 71 | Screenshot Image of Message from US Consulate to Nadal Diya from Defendant's Personal Laptop | | | | |
| 72 | Screenshot Image of Notes to Nadal Diya from Defendant's Personal Laptop | | | | |
| 73 | Image of Text Message from Defendant's Son to Nadal Diya from Defendant's Laptop | | | | |
| 74 | Email from Defendant to her son with resume for employment with Nadal Diya at GSI, dated January 07, 2018 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 75 | Text messages between Defendant and her son dated January 2018 | | | | |
| 76 | Debruhl-Daniels' Notification to NCIS Security of UAE Travel and Foreign Contacts, dated August 28, 2018 | | | | |
| 77 | NCIS Foreign Contact Questionnaire filled and signed by Defendant on July 16, 2018 | | | | |
| 78 | Debruhl-Daniels' Notification to NCIS Security of UAE Travel and Foreign Contacts, dated August 28, 2018 | | | | |

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing United States' Exhibit List was filed on May 26, 2022 and a copy served electronically by the Court's CM/ECF System on all counsel of record.

/s/ *Alamdar S. Hamdani*
Alamdar S. Hamdani
Assistant United States Attorney