United States District Court
Southern District of Texas
**ENTERED**
October 05, 2022
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | Criminal No. 4:18−cr−00199 |
| | § | |
| Leatrice Malika De Bruhl−Daniels | § | |

**ORDER RESETTING SENTENCING**

The sentencing of **Leatrice Malika De Bruhl−Daniels** is reset:

1. The presentence investigation report is to be disclosed by .

2. Counsel will file objections or a statement of no objections by November 21, 2022.

3. The final presentence investigation report and addendum will be filed by December 5, 2022.

4. The sentencing hearing is reset to **December 14, 2022 at 10:00 AM**.

Signed on October 5, 2022, at Houston, TX
.

_____
Gray H. Miller
Senior United States District Judge

(Copy: U.S. Probation Officer S. Yaege)