UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA

v.                                                                                           Case Number: 4:18–cr–00199

Leatrice Malika De Bruhl–Daniels

## NOTICE OF RESETTING

**A proceeding has been reset in this case as to Leatrice Malika De Bruhl–Daniels as set forth below.**

**Before the Honorable Gray H Miller**

**PLACE:**
Courtroom 9D
United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 12/13/2022

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Sentencing

Date: October 6, 2022                                                                  Nathan Ochsner, Clerk