# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

**UNITED STATES OF AMERICA**

**v.**                                                          **Cr. No. 4-18cr199-5**

**LEATRICE MALIKA DEBRUHL-DANIELS**


## DEFENDANT'S NOTICE OF APPEAL

The defendant, Leatrice Malika Debruhl-Daniels, through her attorney, the Federal Public Defender, hereby appeals from the judgment of conviction and sentence imposed on December 15, 2022, in the above styled matter to the United States Court of Appeals for the Fifth Circuit.

Respectfully submitted,

MARJORIE A. MEYERS
Federal Public Defender
Southern District of Texas No. 3233
Texas State Bar No. 14003750

By /s/ Philip G. Gallagher
PHILIP G. GALLAGHER
Assistant Federal Public Defender
Attorney in Charge
New Jersey State Bar ID No. 2320341
Southern District of Texas No. 566458
Attorneys for Defendant
440 Louisiana, Suite 1350
Houston, Texas 77002-1056
Telephone:   713.718.4600
Fax:             713.718.4610

## <u>CERTIFICATE OF SERVICE</u>

I certify that on December 15, 2022, a copy of the Notice of Appeal was served by Notification of Electronic Filing to the office of the United States Attorney at 1000 Louisiana Street, Suite 2300, Houston, Texas 77002.

/s/ Philip G. Gallagher
PHILIP G. GALLAGHER