United States Courts
Southern District of Texas
FILED
February 02, 2023
Nathan Ochsner, Clerk of Court

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

February 02, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 22-20650   USA v. De Bruhl-Daniels
                USDC No. 4:18-CR-199-5

The court has considered the joint motion of United States of America and Leatrice Malika De Bruhl-Daniels to view non-public and/or sealed material in the record on appeal. Unless the court granted access to one or more specific documents ONLY, it is ordered, counsel for United States of America and Leatrice Malika De Bruhl-Daniels may obtain all ex parte documents *filed on behalf of* United States of America and Leatrice Malika De Bruhl-Daniels, and all other non ex parte documents in the record. The non-public and/or sealed materials from the record are for your review ONLY. The integrity of the sealed documents is your responsibility, and if provided in original paper, return to the district court as soon as it has served your purpose.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Angelique B. Tardie, Deputy Clerk
504-310-7715

Ms. Anna Elizabeth Kalluri
Ms. Marjorie A. Meyers
Ms. Courtney Millian
Ms. Carmen Castillo Mitchell
Mr. Nathan Ochsner