United States Courts
Southern District of Texas
FILED

## United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

*February 10, 2023*

Nathan Ochsner, Clerk of Court

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

February 10, 2023

Ms. Marjorie A. Meyers
Federal Public Defender's Office
Southern District of Texas
440 Louisiana Street
Houston, TX 77002

No. 22-20650   USA v. De Bruhl-Daniels
USDC No. 4:18-CR-199-5

Dear Ms. Meyers,

The Judicial Council of the Fifth Circuit requires court reporters to file transcripts within 30 days or suffer a discount penalty. In this case, the 30-day discount period expired on January 30, 2023, for filing of the June 10, 2021 Status Conference hearing transcript. Therefore the court reporter must discount your invoice by 10%.

Also, if the transcript is not filed by March 1, 2023, the court reporter must discount your invoice by 20% and must refund that part of any deposit which exceeds the cost less the discount. Our records will automatically be updated if the 20% discount date is reached but we will not provide further notice. It is your responsibility to pay only the discounted amount(s).

The discount policy is mandatory. You may not reimburse the court reporter for the discount.

Sincerely,
LYLE W. CAYCE, Clerk

By: /s/Lyle W. Cayce
Lyle W. Cayce

cc:
    Ms. Anna Elizabeth Kalluri
    Ms. Courtney Millian
    Ms. Carmen Castillo Mitchell
    Mr. Nathan Ochsner
    Mr. Fred E. Warner